```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GORDON-RUSHVILLE PUBLIC SCHOOLS DISTRICT 81-0010, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3254 |
| v. | ) ) | |
| JAMES M. REDDICK, A.I.A., | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint stipulation, filing no. 15, is approved, and the defendant's answer date is February 16, 2009.

DATED this 5th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge