IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GORDON-RUSHVILLE PUBLIC SCHOOLS DISTRICT 81-0010, | ) ) ) | CASE NO.4:08-cv-3254 |
|---|---|---|
| Plaintiff and Third-Party Plaintiff | ) ) | |
| v. | ) ) | |
| JAMES M. REDDICK, A.I.A., | ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| D.A. DAVIDSON & CO., a Montana corporation, | ) ) ) | |
| Third-Party Defendant. | ) | |

## ORDER

The parties have filed a Joint Stipulation (filing no. 33) requesting an extension of certain deadlines contained in the Order for Initial Progression of Case (filing no. 18) and the Report of Parties' Planning Conference (filing no. 14).

IT IS HEREBY ORDERED as follows:

1. The deadline for adding parties and amending pleadings shall be June 12, 2009 for the Plaintiff and July 13, 2009 for the Defendants.
2. The deadline for identifying expert witnesses shall be July 13, 2009.

Dated this 27th day of April, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge